| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile:  (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DONALD D. WEESE, | ) | |
| Plaintiff, | ) | CIVIL NO.  05-00485 JSW |
| v. | ) | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on July 29, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on August 29, 2005.

///
///
///
///
///
///

---

[1] See attached Declaration of Joann Kim.

This is defendant's first request.

Dated: July 26, 2005
/s/
MATTHEW L. HOWARD
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: July 26, 2005    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 26, 2005    /s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

WEESE, EXT.MXSJ (jk)
C 05-00485 JSW                    2